# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 17-1943V
UNPUBLISHED

|  |  |
|---|---|
| OPAL WALTZ, | Chief Special Master Corcoran |
| Petitioner, | Filed: February 11, 2020 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Vaccine Rule 21(a); Order Concluding Proceedings; |
| Respondent. | |

*Isaiah Richard Kalinowski, Maglio Christopher & Toale, PA, Washington, DC, for Petitioner.*

*Daniel Anthony Principato, U.S. Department of Justice, Washington, DC, for Respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On January 22, 2020, the Petitioner filed a Stipulation of Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice.** The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instance case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master